UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD D. W. NORTH ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 1:16-cv-05698 |
| v. ) | |
| ) | Judge Elaine E. Bucklo |
| UBIQUITY, INC., a Nevada ) | |
| Corporation, f/k/a UBIQUITY ) | Magistrate Judge Maria Valdez |
| BROADCAST CORPORATION, ) | |
| a Delaware Corporation, f/k/a ) | |
| UBIQUITY HOLDING INC., a ) | |
| Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |

### REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff GERALD W. NORTH requests that the Clerk of Court to enter a default against Defendant UBIQUIRY, INC. on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend. In support of this request, Plaintiff submits the Affidavit of its attorney, Merle L. Royce.

Respectfully submitted,

By: /s/ Merle L. Royce
His Attorney

Merle L. Royce
Law Offices of Merle L. Royce
70 West Madison, Suite 2100
Chicago, IL 60602
(312) 553-1233
Royce4law@gmail.com