UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD D. W. NORTH )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UBIQUITY, INC., a Nevada )<br>Corporation, f/k/a UBIQUITY )<br>BROADCAST CORPORATION, )<br>a Delaware Corporation, f/k/a )<br>UBIQUITY HOLDING INC., a )<br>Delaware Corporation, )<br>)<br>Defendant. ) | Case No. 1:16-cv-05698<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Maria Valdez |

### AFFIDVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, MERLE L. ROYCE, declare under penalty of perjury that the following facts are true and correct to the best of knowledge, information and belief::

1. I am the attorney for Plaintiff in this action.

2. A complaint was filed herein on May 31, 2016 and service of process was had on the Defendant on August 10, 2016 by delivery at Defendant's principal place of business at 3773 Howard Hughes Parkway, Suite 400, Las Vegas, Nevada. A true and complete copy of the return of service was filed herein on August 15, 2016, as Document # 6 and the accompanying minute noted that the answer was due August 21, 2016.

3. More than twenty one d(21) days have elapsed since the defendant in this action was served and the defendant has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil :Procedure.

Merle L. Royce
Attorney for Plaintiff