UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Gerald D. W. North

                        Plaintiff,

v.                                            Case No.: 1:16−cv−05698
                                             Honorable Elaine E. Bucklo

Ubiquity, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2016:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's request for default is granted. Prove−up hearing set for 10/28/2016 at 9:30 AM. Scheduling Conference is stricken and no appearance is required on 9/30/2016. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.